**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**By ECF & Email**                                                                                                August 10, 2022

Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

**MEMO ENDORSED**

>    Re: *United States v. Hawkins*, et al.
>        21 Cr. 414 (KPF)
>        Client: Isaiah Smith

Dear Judge Failla:

   I represent Isaiah Smith in the above captioned case. A conference in this matter is scheduled for 11:00 a.m. tomorrow. I have a 10:30 a.m. conference with the Honorable Alvin K. Hellerstein. I expect the conference to last more than 30 minutes. I request that Your Honor permit Carla Sanderson, Esq. to stand in for me for purposes of the conference.

   I discussed this with my client and he has no objection to this request.

   Thank you for your consideration of this request.

                                                                            Respectfully yours,
                                                                            /s/
                                                                            Thomas F.X. Dunn

Cc: All Counsel (by ECF)

---

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket
entry 106.

                                      SO ORDERED.

Dated:  August 10, 2022
        New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```